# EXHIBIT A

IN THE CIRUIT COURT OF THE TWENTIETH JUDICIAL
CIRCUIT IN AND FOR LEE COUNTY, FLORIDA
CIVIL DIVISON

CASE NO:

**VENANCIA RODRIGUEZ,**

      **Plaintiff,**

vs.

**DEREK JAMES BELLINGER and
SENTRY ELECTRICAL GROUP,
INC.,**

      **Defendants.**
_____/

## **COMPLAINT**

Plaintiff, **VENANCIA RODRIGUEZ**, by and through her undersigned counsel, hereby sues Defendants, **DEREK JAMES BELLINGER and SENTRY ELECTRICAL GROUP, INC.**, and alleges:

1. This is an action for damages that exceed Fifty Thousand Dollars ($50,000.00), exclusive of costs, interest and attorneys' fees (the estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. At all times material to this action, Plaintiff was a natural person residing in Orange County, Florida.

3. At all times material to this action, Defendant, **DEREK JAMES BELLINGER**, was a natural person residing in Nueces County, Texas.

4. At all times material to this action, Defendant, **SENTRY ELECTRICAL GROUP, INC.,** was a foreign corporation licensed in the state of Georgia and doing business in Lee County, Florida.

5. This Court is authorized to exercise personal jurisdiction over Defendants, **DEREK JAMES BELLINGER** and **SENTRY ELECTRICAL GROUP, INC.**, pursuant to the Florida Long-Arm Statute, Fla. Stat. §§48.193(1)(a)(1), (1)(a)(2), and (1)(a)(6), because the causes of action stated herein arise out of each Defendant: Operating, conducting, engaging in, or carrying on a business or business venture in Florida or having an office or agency in Florida; or Committing a tortious act within Florida.

6. Venue is proper in Lee County, Florida, since this is where the subject incident occurred.

## THE CRASH

7. On or about August 27, 2022, **VENANCIA RODRIGUEZ,** was the passenger of a motor vehicle traveling north on Interstate 75, north of CR 850 (Corkscrew Road) in the entrance ramp in Lee County, Florida.

8. At that time and place, Defendant, **DEREK JAMES BELLINGER**, was operating a motor vehicle traveling directly behind the Plaintiff north on Interstate 75, north of CR 850 (Corkscrew Road) in the entrance ramp in Lee County, Florida.

9. At that time and place, Defendant **DEREK JAMES BELLINGER** negligently operated and/or maintained the motor vehicle so that it collided with the back of the motor vehicle Plaintiff was a passenger in.

10. Each Defendant acted in a manner that either alone or combined with the actions of other Defendants' acts of negligence, directly and proximately caused the crash and the resulting injuries to the Plaintiff.

## PLAINTIFF'S DAMAGES

11. As a result of the crash, the Plaintiff, **VENANCIA RODRIGUEZ**, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

## COUNT I
## NEGLIGENCE CLAIM AGAINST
## DEFENDANT DEREK JAMES BELLINGER

12. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 11, above.

13. Defendant, **DEREK JAMES BELLINGER**, owed a duty to Plaintiff to use reasonable care in the operation of the motor vehicle he was driving.

14. At said time and place, Defendant, **DEREK JAMES BELLINGER**, breached that duty when he negligently operated and/or maintained the motor vehicle so that it collided with Plaintiff's motor vehicle.

15. As a direct and proximate result of Defendant **DEREK JAMES BELLINGER'S** negligence, Plaintiff, **VENANCIA RODRIGUEZ**, suffered the damages described in Paragraph 11, above.

## COUNT II
## VICARIOUS LIABILITY AGAINST
## DEFENDANT SENTRY ELECTRICAL GROUP, INC.

16. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 15, above.

17. At all times material hereto, the Defendant **DEREK JAMES BELLINGER** was Defendant **SENTRY ELECTRICAL GROUP, INC.'S** statutory employee of, acting within the course and scope of his agency or employment with, and under the direct control and for the benefit of Defendant **SENTRY ELECTRICAL GROUP, INC.**

18. Defendant **DEREK JAMES BELLINGER** negligently operated his motor vehicle causing it to strike the back of the vehicle Plaintiff was a passenger in, as described above.

19. Therefore, Defendant **SENTRY ELECTRICAL GROUP, INC.** is vicariously liable for the negligent acts of Defendant **DEREK JAMES BELLINGER**, and Plaintiff's resulting damages as described in Paragraph 11, above.

**WHEREFORE**, Plaintiff, **VENANCIA RODRIGUEZ**, demands judgement for damages against Defendants, **DEREK JAMES BELLINGER and SENTRY ELECTRICAL GROUP, INC**. and other such relief deemed proper by the Court. Plaintiff also demands a jury trial on all issues so triable.

**RESPECTFULLY** submitted this 3rd day of July, 2024.

> /s/Lawrence Gonzalez II
> **Lawrence Gonzalez II, Esquire**
> FBN 0107175
> **Morgan & Morgan, P.A.**
> 20 N. Orange Ave., 16th Floor
> P.O. Box 4979
> Orlando, FL 32802-4979
> Telephone:    (407) 418-2076

        Facsimile:    (407) 572-0110
        Primary email: LGonzalez@forthepeople.com
        Secondary email: HCotta@forthepeople.com
                        MCalixto@forthepeople.com
                        CaylanCurtis@forthepeople.com
        Attorneys for Plaintiff